# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 817 |
| | : | |
| ADOPTION OF RULES 205 AND | : | SUPREME COURT RULES |
| 1205, AND AMENDMENT OF | : | |
| RULES 166, 167, 345, 1166, 1167, | : | DOCKET |
| AND 1345 OF THE PENNSYLVANIA | : | |
| RULES OF JUVENILE COURT | : | |
| PROCEDURE | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 12th day of December, 2019, upon the recommendation of the Juvenile Court Procedural Rules Committee, the proposal having been published for public comment at 48 Pa.B. 7513 (December 8, 2018):

   It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that:

1) Pennsylvania Rules of Juvenile Court Procedure 205 and 1205 are adopted; and
2) Pennsylvania Rules of Juvenile Court Procedure 166, 167, 345, 1166, 1167, and 1345 are amended

in the attached form.

   This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective on June 1, 2020.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.